DOCKET No. 26 MJ 1087 _____    DEFENDANT Raymond Elders _____

AUSA Samantha Briggs and John Sarlitto _____    DEF.'S COUNSEL Sungso Lee _____
☐ _____ INTERPRETER NEEDED    ☐ RETAINED ☑ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑ Rule 5  ☐ Rule 9  ☐ Rule 5(c)(3)  ☑ Detention Hrg.    DATE OF ARREST 3/31/26 _____    ☐ VOL. SURR.
☐ Other: _____    TIME OF ARREST _____    ☐ ON WRIT
TIME OF PRESENTMENT 3:20pm____

**BAIL DISPOSITION**

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE    ☑ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☐ $_____ PRB  ☐ _____ FRP
☐ SECURED BY $_____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION: ☐ REGULAR ☐ STRICT ☐ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION ☐ HOME DETENTION ☐ CURFEW ☐ ELECTRONIC MONITORING ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

The defendant was advised of his rights and the charges against him. Public reading of the complaint waived. Financial affidavit approved. Sungso Lee was appointed to represent the defendant. Bail arguments heard. Defendant detained based on risk of flight and danger to the community.

(Courtflow: 15 minutes initial, 30 min detention hearing)

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY    ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED    ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 4/29/26 _____    ☑ ON DEFENDANT'S CONSENT

**DATE:** 3/31/26 _____    Judith C. McCarthy
_____
**UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.**